**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Timothy_Garrison@fd.org

Attorneys for Defendant Sosa-Cobarrubias

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LOUISA S. PORTER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2583 |
| Petitioner, | |
| v. | **NOTICE OF APPEARANCE** |
| ALEJANDRO SOSA-COBARRUBIAS, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given by TIMOTHY R. GARRISON, that I am replacing ZANDRA L. LOPEZ as counsel in this case.

Respectfully submitted,

Dated: November 9, 2007         /s/ *Timothy R. Garrison*
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                Timothy_Garrison@fd.org

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 9, 2007       /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)